IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
SAVANNAH DIV.
2012 JUN 20  PM 2:02
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| CHARLES F. JAMES, JR., ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. CV412-087 |
| AETNA LIFE INSURANCE CO., ) | |
| Defendant. ) | |

### O R D E R

Before the Court is Plaintiff Charles F. James, Jr.'s Stipulation of Dismissal with Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA