IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES F. JAMES, JR.,       )
                             )
    Plaintiff,                )
                             )
v.                           )   CASE NO. CV412-087
                             )
AETNA LIFE INSURANCE CO.,    )
                             )
    Defendant.                )
                             )

## O R D E R

Before the Court is Plaintiff Charles F. James, Jr.'s Stipulation of Dismissal with Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA